# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND STRIKE LLC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> WEALTH ACCELERATORS GLOBAL LLC, et al., <br><br> Defendant(s). | Case No. 2:23-cv-00407-ART-NJK <br><br> **Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). "Moreover, if any member of [the party LLC] is itself a partnership or association (or another LLC), the Court needs to know the citizenship of each 'sub-member' as well." *Diamos v. Specialized Loan Servicing, LLC*, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014).

To assist federal courts in ensuring that diversity jurisdiction exists, the corporate disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendants' certificate of interested parties did not name all of its members (and any sub-members), nor identify their citizenship. *See* Docket No. 3.[2]

---

[1] This federal rule became effective on December 1, 2022.

[2] Some pertinent information was included within the petition for removal. Those papers identify several additional LLCs as the members of Wealth Accelerators, but those papers do not identify the members of these additional LLCs or the citizenship of these sub-members. *See* Docket No. 1 at 6. The inquiry must continue to "drill down" through the various LLC members and sub-members until a qualifying business entity or natural person can be identified, along with the citizenship information for that qualifying business entity or natural person.

Accordingly, Defendants must file an amended certificate of interested parties complying with Fed. R. Civ. P. 7.1(a)(2) by March 24, 2023.

IT IS SO ORDERED.

Dated: March 16, 2023

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge