# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND STRIKE LLC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> WEALTH ACCELERATORS GLOBAL LLC, et al., <br><br> Defendant(s). | Case No. 2:23-cv-00407-ART-NJK <br><br> **Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). "Moreover, if any member of [the party LLC] is itself a partnership or association (or another LLC), the Court needs to know the citizenship of each 'sub-member' as well." *Diamos v. Specialized Loan Servicing, LLC*, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014).

To assist federal courts in ensuring that diversity jurisdiction exists, the corporate disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1]

Plaintiffs must file a certificate of interested parties by March 24, 2023.

IT IS SO ORDERED.

Dated: March 16, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.