UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND STRIKE LLC, an Alabama Limited Liability Company; NICOLAS MAHONE, an Individual; JUTS TRUCKING LLC, a Georgia Limited Liability Company; ELEGIONS LLC, a Georgia Limited Liability Company; RASHAAD BOLTON, an Individual; BJ DELIVERY EXPRESS INC., a New York Corporation; JOSE ARISTY, an Individual; AMERIECOM LLC, a Texas Limited Liability Company; and LINDON SMITH, an Individual,<br><br>Plaintiffs,<br>vs.<br><br>WEALTH ACCELERATORS GLOBAL LLC, a Nevada Limited Liability Company; MICHAEL SANCHO, an Individual; ERIC FIORE, an Individual; DYLAN NEWBERRY, an Individual; ERICA NEWBERRY, an Individual; SARAH WALDROP, an Individual; PRIYANKA RAMLAKHAN, an Individual; DOE DEFENDANTS I-X; ROE BUSINESS ENTITIES I-X;<br><br>Defendants. | Case No.: 2:23-cv-00407-ART-NJK<br><br>[District Court, Clark County, Case No.: A-23-865712-C, Dept. No.: 16]<br><br>**ORDER APPROVING**<br><br>**<u>STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS [DKT. #6]</u>** |

COMES NOW Defendants WEALTH ACCELERATORS GLOBAL LLC ("Wealth

1 Accelerators"), MICHAEL SANCHO ("Mr. Sancho"), ERIC FIORE ("Mr. Fiore"), SARAH
2 WALDROP ("Ms. Waldrop"), and PRIYANKA RAMLAKHAN ("Ms. Ramlakhan") (collectively,
3 the "Defendants"), and Plaintiffs DIAMOND STRIKE LLC, NICOLAS MAHONE, JUTS
4 TRUCKING LLC, ELEGIONS LLC, RASHAAD BOLTON, BJ DELIVERY EXPRESS INC.,
5 JOSE ARISTY, AMERIECOM LLC, and LINDON SMITH (collectively, the "Plaintiffs"), by and
6 through their respective counsel, hereby stipulate and agree:

    1.    To extend the deadline for Plaintiffs to file an opposition to Defendants' Motion to Dismiss [Dkt. #6] to May 8, 2023.

DATED this 24th day of April 2023.

RAICH LAW PLLC

___/s/ Sagar Raich_____
Sagar Raich, Esq.
Nevada Bar # 13229
6785 S. Eastern Ave., Suite 5
Las Vegas, Nevada 89119
*Attorneys for Plaintiffs*

DATED this 24th day of April 2023.

ALVERSON TAYLOR & SANDERS

___/s/ Jarod Penniman_____
Jarod Penniman, Esq.
Nevada Bar # 16299
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorney for Wealth Accelerators Global LLC,
Michael Sancho, Eric Fiore, Sarah Waldrop
and Priyanka Ramlakhan*

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for Plaintiffs to file an opposition to Defendants' Motion to Dismiss [Dkt. #6] is continued to Monday, May 8, 2023.

**IT IS SO ORDERED.**

DATED: April 27, 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE