# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND STRIKE LLC, an Alabama Limited Liability Company; NICOLAS MAHONE, an Individual; JUTS TRUCKING LLC, a Georgia Limited Liability Company; ELEGIONS LLC, a Georgia Limited Liability Company; RASHAAD BOLTON, an Individual; BJ DELIVERY EXPRESS INC., a New York Corporation; JOSE ARISTY, an Individual; AMERIECOM LLC, a Texas Limited Liability Company; and LINDON SMITH, an Individual, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>WEALTH ACCELERATORS GLOBAL LLC, a Nevada Limited Liability Company; MICHAEL SANCHO, an Individual; ERIC FIORE, an Individual; DYLAN NEWBERRY, an Individual; ERICA NEWBERRY, an Individual; SARAH WALDROP, an Individual; PRIYANKA RAMLAKHAN, an Individual; DOE DEFENDANTS I-X; ROE BUSINESS ENTITIES I-X; <br><br>　　　　Defendants. | Case No.: 2:23-cv-00407-ART-NJK <br><br> [District Court, Clark County, Case No.: A-23-865712-C, Dept. No.: 16] <br><br> **ORDER APPROVING** <br><br> **STIPULATION FOR ARBITRATION** |

1  Plaintiffs DIAMOND STRIKE LLC; NICOLAS MAHONE; JUTS TRUCKING LLC;
2  ELEGIONS LLC; RASHAAD BOLTON; BJ DELIVERY EXPRESS INC; JOSE ARISTY;
3  AMERIECOM LLC; and LINDON SMITH (collectively, the "Plaintiffs") by and through their
4  attorney of record, SAGAR RAICH, ESQ. of RAICH LAW PLLC, and Defendants WEALTH
5  ACCELERATORS GLOBAL LLC, MICHAEL SANCHO, ERIC FIORE, SARAH
6  WALDROP, and PRIYANKA RAMLAKHAN's (collectively, the "Defendants") by and
7  through their attorney of record, KURT R. BONDS, ESQ. of ALVERSON TAYLOR &
8  SANDERS hereby stipulate as follows:
9  The Parties stipulate that the instant matter be stayed pending the outcome of binding
10 arbitration in Nevada pursuant to the dispute resolution clauses contained in the following
11 agreements: (1) the NICHOLAS MAHONE AGREEMENT FOR LOGISTICS & TRUCKING
12 BUSINESS MANAGEMENT & CONSULTING SERVICES, dated December 14, 2021; (2) the
13 NICHOLAS MAHONE AGREEMENT FOR LOGISTICS & TRUCKING BUSINESS
14 MANAGEMENT & CONSULTING SERVICES, dated December 18, 2021; (3) the two (2)
15 NICHOLAS MAHONE AGREEMENTS FOR LOGISTICS & TRUCKING BUSINESS
16 MANAGEMENT & CONSULTING SERVICES, dated December 21, 2021; (4) NICHOLAS
17 MAHONE AGREEMENT FOR LOGISTICS & TRUCKING BUSINESS MANAGEMENT &
18 CONSULTING SERVICES, dated December 30, 2021; (5) the JUTS AGREEMENT FOR
19 LOGISTICS & TRUCKING BUSINESS MANAGEMENT & CONSULTING SERVICES,
20 dated November 8, 2021; and (6) the AMERIECOM AGREEMENT FOR LOGISTICS &
21 TRUCKING BUSINESS MANAGEMENT & CONSULTING SERVICES, dated December 3,
22 2021 (collectively, the "Trucking Agreements") (the "Arbitration").

The Parties stipulate that the matters related to the RASHAAD BOLTON ALLIANCE AGREEMENT, dated January 2, 2022; the JOSE ARISTY ALLIANCE AGREEMENT, dated

February 8, 2022; and the AMERIECOM ALLIANCE AGREEMENT, dated May 2, 2022 (collectively, the "Alliance Agreements"), are hereby stayed and will not be included in the Arbitration.

The Parties request that the Court order that this lawsuit is stayed pending the outcome of the Arbitration; that the Parties be ordered to arbitration for the claims arising from the Trucking Agreements, only; and request that the hearing on Defendant's motion to dismiss be vacated and denied without prejudice as moot.

**THE FOREGOING IS STIPULATED AND AGREED.**

Dated this 3rd day of May, 2023.                    Dated this 3rd day of May, 2023.

**RAICH LAW PLLC**                                   **ALVERSON TAYLOR & SANDERS**

/s/ *Sagar Raich*                                    /s/ *Jarod Penniman (signed with permission)*
SAGAR RAICH                                          JAROD PENNIMAN, ESQ.
Nevada Bar #13229                                    Nevada Bar #16299
6785 S. Eastern Ave., Suite 5                        6605 Grand Montecito Parkway Suite 200
Las Vegas, NV 89119                                  Las Vegas, Nevada 89149
*Attorney for Plaintiffs*                            *Attorney for Wealth Accelerators Global LLC, Michael Sancho, Eric Fiore, Sarah Waldrop and Priyanka Ramlakhan*

**ORDER**

Based on the stipulation of the Parties, the Court makes the following orders:

**IT IS ORDERED** that the Parties are to attend the Arbitration pursuant to the dispute resolution clause contained in the Trucking Agreements and the claims arising from that agreement are hereby stayed pending the outcome of the arbitration;

**IT IS ORDERED** that the claims arising from the Alliance Agreements are hereby stayed pending the outcome of the Arbitration, but are not to be included in the Arbitration;

**IT IS ORDERED** that Defendant's Motion to Dismiss [ECF #6] is hereby taken off calendar and denied as moot.

**GOOD CAUSE APPEARING, THE FOREGOING IS HEREBY ORDERED**.

_____
Anne R. Traum
United States District Court Judge