# DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| DIAMOND STRIKE LLC, an Alabama Limited Liability Company; NICOLAS MAHONE, an Individual; JUTS TRUCKING LLC, a Georgia Limited Liability Company; ELEGIONS LLC, a Georgia Limited Liability Company; RASHAAD BOLTON, an Individual; BJ DELIVERY EXPRESS INC., a New York Corporation; JOSE ARISTY, an Individual; AMERIECOM LLC, a Texas Limited Liability Company; and LINDON SMITH, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WEALTH ACCELERATORS GLOBAL LLC, a Nevada Limited Liability Company; MICHAEL SANCHO, an Individual; ERIC FIORE, an Individual; DYLAN NEWBERRY, an Individual; ERICA NEWBERRY, an Individual; SARAH WALDROP, an Individual; PRIYANKA RAMLAKHAN, an Individual; DOE DEFENDANTS I-X; ROE BUSINESS ENTITIES I-X; <br><br> Defendants. | Case No.: 2:23-cv-00407-ART-NJK (A-23-865712-C Dept. No.: 16) <br><br><br> **ORDER GRANTING** <br><br> **STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, DIAMOND STRIKE LLC, NICOLAS MAHONE, JUTS TRUCKING LLC, ELEGIONS LLC, RASHAAD BOLTON, BJ DELIVERY EXPRESS INC., JOSE ARISTY, AMERIECOM LLC, and LINDON SMITH, and Defendants WEALTH ACCELERATORS GLOBAL LLC, MICHAEL SANCHO, ERIC FIORE, DYLAN NEWBERRY, ERICA NEWBERRY, SARAH WALDROP, and PRIYANKA RAMLAKHAN, by and through their respective undersigned counsel of record that the above-entitled action be dismissed with prejudice in its entirety, and that an Order be entered into accordingly, each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED this 25th day of November, 2024<br>RAICH LAW PLLC | DATED this 25th day of November, 2024<br>HALL & EVANS LLC |
| */s/ Sagar Raich* | */s/ Adam Knecht* |
| Sagar Raich, Esq. SBN 13229<br>2280 E. Pama Lane<br>Las Vegas, NV 89119<br>Attorney for Plaintiffs | Adam Knecht, Esq. SBN 13166<br>1160 N. Town Center Drive. Suite 330<br>Las Vegas, NV 89144<br>Attorney for Defendants |

## ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-entitled action be, and the same is hereby dismissed with prejudice in its entirety, with the parties to bear their own attorneys' fees and costs.

Dated this 27th day of November, 2024.

Anne R. Traum
United States District Judge